PROB 12C
(7/93)

Report Date: April 18, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 18 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Heriberto Sandoval-Valdivia          Case Number: 0980 2:13CR06048-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 10, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison 90 days; TSR - 12 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | 09/30/20013 |
| Defense Attorney: | George Paul Trejo Jr. | Date Supervision Expires: | 09/29/2014 |

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1          **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

           **Supporting Evidence**: Heriberto Sandoval-Valdivia is considered in violation of his period of supervised release by illegally returning to the United States on or prior to April 16, 2014.

           On April 16, 2014, a report was obtained from the Federal Bureau of Investigations noting the defendant was positively identified by an agent who has had contact with the defendant in the past. The agent was able to view the defendant walk to a vehicle. The agent proceeded to drive past the defendant to positively identify him. This contact occurred in Pasco, Washington.

           A records check confirmed the defendant was deported from the United States on October 15, 2013, at El Paso, TX, and has not received permission to reenter the United States.

2          **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

Prob12C
Re: Sandoval-Valdivia, Heriberto
April 18, 2014
Page 2

**Supporting Evidence**: Heriberto Sandoval-Valdivia is considered in violation of his period of supervised release by failing to report to the probation office within 72 hours of his reentry into the United States.

As noted above, the defendant was positively identified on April 16, 2014, in Pasco, Washington. The defendant has not contacted the probation office since his deportation from the United States on October 15, 2013, at El Paso, TX.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/18/2014

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Edward F. Shea
Signature of Judicial Officer

4/18/14
Date